377 A.2d 997

H. B. & B. Iron Works, Inc. v. Letson et al., Appellants.

Argued June 21, 1977.  Austin Norris, for appellants; Abe Lapowsky, for appellee.

Judgment affirmed.

HOFFMAN, J., dissents.

377 A.2d 997

Hildick et ux. v. Stegos, Appellant, et al.
Hildick et ux. v. Stegos et al., Appellant.

Argued June 14, 1977.  Gary R. Block, for appellant at No. 360 and appellee at No. 402; William L. McLaughlin, for appellant at No. 402 and appellee at No. 360.

Order affirmed.